

295 Madison Avenue, 12th Floor
New York, New York 10017
Tel: (212) 268-7111
Fax: (914) 358-9569
www.flastergreenberg.com

JOHN W. FRIED
john.fried@flastergreenberg.com

January 9, 2020

*VIA ECF*

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> Application granted in part and denied in part. So ordered. The initial pretrial conference set for January 17, 2020 is adjourned to February 14, 2020 at 12:30 p.m.
>
> SO ORDERED:
>
> *[signature]*
> HON. VERNON S. BRODERICK   1/10/2020
> UNITED STATES DISTRICT JUDGE

Re: *James Murphy et al. v. Adventure Bound Camps, Inc.*, Civil Action No. 1:19-cv-8060

Dear Judge Broderick:

As counsel for defendant Adventure Bound Camps, Inc. and, pursuant to Rule 1(G) of your Civil Rules & Practices, I submit this letter-motion to request an extension of time, to February 11, 2020, to appear for an initial pretrial conference. The conference is currently scheduled for Friday, January 17, 2020. The reason for this request is that the current conference date presents a scheduling conflict for my co-counsel, Adam E. Gersh, Esq. and Daniel C. Epstein, Esq., who are traveling for business for previously scheduled meetings, and I shall be in Arizona on that date. This is the first request for an extension of time for the initial pretrial conference, and it affects no other scheduled dates. Counsel for plaintiff, Zare Khorozian, Esq., Jeffrey M. Gottlieb, Esq., and Dana L. Gottlieb, Esq., consent to the requested extension of time.

Respectfully,

FLASTER/GREENBERG P.C.

*[signature]*

John W. Fried

JWF/jb
cc:   Counsel for Plaintiff (via ECF)